# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00347-CV

**Kroger No. 240, Appellant**

**v.**

**Texas Department of Health Bureau of WIC Nutrition and Commissioner of Health, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN104006, HONORABLE PAUL DAVIS, JUDGE PRESIDING

By motion, appellant Kroger Number 240 announces that the parties have settled their dispute and that appellant wishes to dismiss this appeal. We grant the motion and dismiss this appeal.

Jan P. Patterson, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed on Appellant=s Motion

Filed:  September 19, 2002

Do Not Publish